IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM                        MDL NO. 2327
      PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO CASES IDENTIIFED
ON THE ATTACHED EXHIBIT A

ORDER
(Dismissing Certain Cases With Prejudice)

Pending in each of the individual civil actions listed on Exhibit A (attached hereto) is Defendants' Motion to Dismiss With Prejudice, filed by defendants, Johnson & Johnson, Inc., Ethicon, Inc., and/or Ethicon LLC (collectively the "Ethicon Defendants") pursuant to the procedures established by Pretrial Order No. 302. *See* Pretrial Order ("PTO") 302, *In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation,* 2:12-md-2327 at ECF No. 6020.

As stated in PTO No. 302, the court established certain procedures to prompt dismissals of settled cases. Under these procedures, the court directed the Ethicon defendants to file a motion to dismiss in each individual case where a plaintiff has provided an executed, valid release, and the defendants have authorized disbursement to the plaintiff of the settlement amount to which the plaintiff's counsel has agreed. Among other requirements, the court also mandated Ethicon to file a

declaration certifying the completion of certain procedures in conjunction with the motion to dismiss.

Upon review of the record in each case identified on Exhibit A, the defendants complied with these directives and procedures, and the plaintiffs have not filed any opposition. No other defendants remain in the cases on Exhibit A. It appearing to the court that the parties have jointly agreed to settle and have settled the cases on Exhibit A, it is **ORDERED** that the Defendants' Motion to Dismiss with Prejudice is **GRANTED,** and the cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to file a copy of this order in the individual cases listed on the attached Exhibit A, and to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 13, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# Exhibit A

| Civil Action Number | Case Name | ECF Number Corresponding to the Motion |
|---|---|---|
| 2:13-cv-07653 | Zmijewski et al v. Johnson & Johnson et al | 13 |
| 2:13-cv-07851 | Katz et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-08024 | Courtright et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-08460 | Tindall et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-09237 | Davis v. Ethicon, Inc. et al09237 | 19 |
| 2:13-cv-09403 | Birdwell v. Ethicon, Inc. et al | 13 |
| 2:13-cv-09404 | Seif et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-09804 | Berger et al v. Johnson & Johnson et al | 14 |
| 2:13-cv-10027 | Reedy v. Ethicon, Inc. et al | 13 |
| 2:13-cv-10385 | Raymond v. Ethicon, Inc. et al | 11 |
| 2:13-cv-10405 | Rivera et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-10464 | True v. Ethicon, Inc. et al | 13 |
| 2:13-cv-10470 | Veno et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-10534 | Weiss et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-10540 | Webb et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-10739 | Vaughn v. Ethicon, Inc. et al | 13 |
| 2:13-cv-11035 | Yarbrough et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-11176 | Chapman et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-11570 | Goins et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-12040 | Wylie et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-12155 | Davis et al v. Ethicon, Inc. et al | 12 |
| 2:13-cv-12163 | Nemec et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-13339 | Welch et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-13613 | Smith et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-13637 | Roventini et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-13909 | Sharkey et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-14149 | Stever v. Ethicon, Inc. et al | 13 |
| 2:13-cv-14160 | Sistos v. Ethicon, Inc. et al | 16 |
| 2:13-cv-14352 | Bratcher et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-14418 | Steel v. Ethicon, Inc. et al | 15 |
| 2:13-cv-15177 | Pollard et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-15427 | Roberts v. Ethicon, Inc. et al | 15 |
| 2:13-cv-15900 | Smyth et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-15932 | Wittneben et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-16188 | Myers v. Ethicon, Inc. et al | 14 |
| 2:13-cv-16316 | Duke et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-17242 | Briones v. Ethicon, Inc. et al | 13 |
| 2:13-cv-17496 | Ellafrits et al v. Ethicon, Inc. et al | 18 |

| | | |
|---|---|---|
| 2:13-cv-17608 | Hoffman et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-19269 | Polk et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-19807 | Chandler et al v. Ethicon, Inc. et al | 16 |
| 2:13-cv-21248 | Merck et al v. Ethicon, Inc. et al | 15 |
| 2:13-cv-22200 | Alfano et al v. Ethicon, Inc. et al | 17 |
| 2:13-cv-22543 | Suri v. Ethicon, Inc. et al | 14 |
| 2:13-cv-22599 | Bacon et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-22612 | Blair et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-22637 | Schmitz et al v. Ethicon, Inc. et al | 14 |
| 2:13-cv-22830 | Arnold et al v. Ethicon, Inc. et al | 13 |
| 2:13-cv-24419 | Bloomfield v. Ethicon, Inc. et al | 15 |
| 2:13-cv-26800 | St. Peter et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-27283 | Shaw et al v. Ethicon, Inc. et al | 11 |
| 2:13-cv-27619 | Rogers v. Ethicon, Inc. et al | 13 |
| 2:13-cv-30789 | Merten et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-02899 | Amerine et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-09726 | Dearing v. Johnson & Johnson et al | 15 |
| 2:14-cv-11811 | Bellard et al v. Ethicon, Inc. et al | 13 |
| 2:14-cv-12591 | Wright et al v. Ethicon, Inc. et al | 12 |
| 2:14-cv-13467 | de Lemos et al v. Ethicon, Inc. et al | 11 |
| 2:14-cv-14356 | Edwards v. Ethicon, Inc. et al | 12 |
| 2:14-cv-14373 | Arrell v. Ethicon, Inc. et al | 12 |
| 2:14-cv-14536 | Lemerand v. Ethicon, Inc. et al | 11 |